# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

BRENTON D. BISHER AND CARLA S.
BISHER, INDIVIDUALLY AND AS
ADMINISTRATORS OF THE ESTATE OF
CORY ALLEN BISHER, DECEASED

          v.

LEHIGH COUNTY COURT OF COMMON
PLEAS, LEON H. AUSSPRUNG, III, M.D.,
ESQ. I.D. NO. 80183 / LAW OFFICES OF
LEON AUSSPRUNG MD, LLC, LEHIGH
VALLEY HEALTH NETWORK, INC.,
LEHIGH VALLEY HOSPITAL, INC., DR.
BONNIE PATEK, EASTERN
PENNSYLVANIA
GASTROENTEROLOGY AND LIVER
SPECIALISTS, P.C., AND DR.
FREDERIC STELZER

:  No. 20 MM 2024
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

PETITION OF: CARLA S. BISHER

## ORDER

**PER CURIAM**

    **AND NOW**, this 24th day of July, 2024, the Application for Leave to File Original

Process is GRANTED, and the Petition for Writ of Mandamus is DENIED.